United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                          Case No. 20-02314-HWV
Shawn I. McCord                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                                    Page 1 of 2
Date Rcvd: Feb 18, 2021                        Form ID: trc                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

**Recip ID               Recipient Name and Address**
5364548          +   Customers Bank, 2750 E cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021                     Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Chad J. Julius | on behalf of Debtor 1 Shawn I. McCord cjulius@ljacobsonlaw.com<br>egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pamb@fedphe.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court

### Middle District of Pennsylvania
### Case No. 1:20-bk-02314-HWV
### Chapter 13

In re: Debtor(s) (including Name and Address)

Shawn I. McCord
4990 Tracey School Road
York PA 17406

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/17/2021.

Name and Address of Alleged Transferor(s):

Claim No. 9: Customers Bank, 2750 E cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121

Name and Address of Transferee:

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/20/21

Terrence S. Miller

**CLERK OF THE COURT**