IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>SHAWN I. MCCORD | : CHAPTER 13<br>: CASE NO.: 1:20-bk-02314-HWV<br>:<br>:<br>: |
| SHAWN I. MCCORD<br>     Movant,<br><br>vs.<br><br>JACK N ZAHAROPOULOS<br>STANDING CHAPTER 13<br>TRUSTEE, PENNYMAC LOAN<br>SERVICES, LLC, JARED AND<br>JADE HAMMERS<br>     Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE TO CREDITORS ON THE DEBTORS MOTION FOR AUTHORITY TO SELL REAL ESTATE FREE AND CLEAR OF ALL CLAIMS, LIENS, AND ENCUMBRANCES

To all creditors and parties-in-interest, please take notice:

1. Shawn I. McCord, Debtor, filed a Motion for Authority to Sell Real Estate Free and Clear of all Claims, Liens, and Encumbrances, hereafter referred to as "Motion."

2. According to the terms of the Motion, Debtor is seeking to sell real estate located 4990 Tracey School Road, York, PA 17406 to Jared and Jade Hammers (hereinafter "Buyers") for Two Hundred Fifty-Five Thousand Dollars and Zero Cents ($255,000.00) free and clear of all claims, liens, and encumbrances pursuant to 11 U.S.C. § 363. It is averred that this sale is an arm's length transaction for fair market value as required by law. Debtor also requests that this Court waive *Rule 6004(h) and Rule 8001 et seq.* of the Bankruptcy Rules and Official Forms. The property is not subject to higher offers at this time.

3. If the Court grants to Debtor the authority to sell said Property in accordance with the Agreement of Sale, Debtor will receive some proceeds from the sale.

4. Any and all answers, objections, and/or responsive pleadings to the Motion for Sale or any competing offer should be filed with the Clerk of Court, at the address listed in ¶5 of this Notice, and served upon Debtors' Attorney by the twenty-first (21st) day after service of this Notice. In absence of the filing of any answer, objection and/or responsive pleading or competing offer, the Court may, upon review of the record, enter an order granting the Motion and approving the relief sought without a formal hearing on the matter.

5. Copies of the Motion are attached hereto but also may be found at

U.S. BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101-1737

and may be examined by all interested parties during regular business hours. Copies may be obtained from the Debtors' Attorney.

6. If responses are filed, a hearing on said motion and responses will be held:

DATE: June 14, 2022  PLACE: Bankruptcy Courtroom
Third Floor
TIME: 9:30 am.  The Ronald Reagan Federal Building
Third and Walnut Streets
Harrisburg, Pennsylvania

7. Attorney for Debtor is:

Chad J. Julius
Jacobson, Julius & Harshberger
8150 Derry Street, Suite A
Harrisburg, PA 17111
(717) 909-5858
(717) 909-7788 [fax]

Dated: May 12, 2022

s/Chad J. Julius
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Shawn I. McCord,

**Debtor 1**

Chapter: 13

Case number: 1:20-bk-02314-HWV

Document Number: 37

Matter: Motion for Sale Free and Clear of Liens

SHAWN I. MCCORD
**Movant(s)**

vs.

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
TRUSTEE, PENNYMAC LOAN SERVICES, LLC, JARED
AND JADE HAMMERS
**Respondent(s)**

### Order

Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above-referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001-6. Service shall be made within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

**IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the service date of this Order. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: 6/14/22 Time: 09:30 AM |
|---|---|

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 9, 2022

(A)

Initial requests for a continuance of hearing (*L.B.F. 9013-4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074-1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

orreshrg(5/18)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>SHAWN I. MCCORD | : CHAPTER 13<br>: CASE NO.: 1:20-bk-02314-HWV<br>:<br>:<br>: |
| SHAWN I. MCCORD<br>     Movant,<br><br>vs.<br><br>JACK N ZAHAROPOULOS<br>STANDING CHAPTER 13<br>TRUSTEE, PENNYMAC LOAN<br>SERVICES, LLC, JARED AND<br>JADE HAMMERS<br>     Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

<u>**MOTION OF DEBTOR FOR AUTHORITY TO SELL REAL ESTATE FREE AND CLEAR OF ALL
CLAIMS, LIENS, AND ENCUMBRANCES**</u>

**AND NOW COMES**, Debtor, Shawn I. McCord, by and through his attorneys, Jacobson, Julius & Harshberger, who submits this Motion to Sell Real Estate Free and Clear of All Claims, Liens, and Encumbrances, and in support thereof states as follows:

1. Debtor filed a Voluntary Petition under the United States Bankruptcy Code, 11 U.S.C. § 1301 *et. seq.* on July 31, 2020.

2. This Honorable Court holds jurisdiction over this matter under 28 U.S.C. § 1334 and 11 U.S.C. § 363.

3. The honorable Jack N. Zaharopoulos has been duly appointed as the Chapter 13 Trustee.

4. Respondent, Jared and Jade Hammers (hereinafter "Buyers") are the prospective purchasers of the real estate that is the subject of this motion.

5. Respondent, PennyMac Loan Services, LLC is the first lien holder, with a principal address of P.O. Box 2410, Moorpark, CA 93020.

1

6. Debtor owns real estate located at 4990 Tracey School Road, York, PA 17406 (hereinafter the "Property").

7. Debtor decided to market and sell said real estate with the assistance of Jennifer Mackie with Coldwell Banker Realty. Realtor commission is in the amount of 6% of the sale price.

8. Debtor's real estate agent marketed the property and the contract that Debtor seeks approval of was the highest and best offer received.

9. Debtors file this Motion in order to obtain this Honorable Court's authority to sell the above Property to Buyers for Two Hundred Fifty Five Thousand Dollars and Zero Cents ($255,000.00) pursuant to 11 U.S.C. § 363. See the true and correct copy of the Agreement for the Sale of Real Estate is attached hereto and made part hereof as "Exhibit A".

10. Buyer is a good faith purchaser and the sale contemplated is for fair market value within the meaning of 11 U.S.C. §363(m) and *In re*: Abbotts Dairies of Pennsylvania, Inc., 788 F 2d. 142 (3rd Cir. 1986).

11. The property is encumbered by a mortgage through PennyMac Loan Services, LLC in the amount of approximately Two Hundred Twelve Thousand Dollars and Zero Cents ($212,000.00).

12. To the best of the Debtors' knowledge, there are no other liens against the Debtors' real estate.

13. Given the sale price it is anticipated that the Debtors will receive proceeds from the sale of the residence.

14. Accordingly, Debtors proposes that the proceeds from the sale shall be disbursed in the following order:

    a. All Debtor's closing and settlement costs, if any.

    b. Any and all valid and enforceable mortgage or lien claims against the Property to be paid at closing. This shall include PennyMac Loan Services, LLC which shall be paid in full at closing.

    c. Attorney's fees in the amount of $1,790.00 for representation and filing of this motion and the transaction overall including the filing fee.

2

d. The amount of Twenty-Three Thousand Three Hundred Eighty-Eight Dollars and Sixty-Two Cents (23,388.62) representing the Debtor's exemption remaining pursuant to 11 U.S.C. 522(d)(1). The Debtors claimed state exemptions at the start of the case.

e. The balance of the proceeds received after payment of a-d above paid to the Chapter 13 Trustee as an additional unexpected payment of Debtor's Chapter 13 Plan.

**WHEREFORE**, Debtors request that this Honorable Court grant this Motion and allow Debtor to sell his real estate free and clear of all claims, liens, and encumbrances. Debtor further requests that this Honorable Court order that Rule 6004(h) and Rule 8001 *et seq.* is waived and allow Debtor to sell the real estate immediately upon the Court issuing its Order.

Respectfully submitted,

JACOBSON, JULIUS & HARSHBERGER

Date: May 6 2022          By:   s/ Chad J. Julius
                                Chad J. Julius
                                Jacobson, Julius & Harshberger
                                Supreme Court I.D. No.209496
                                8150 Derry Street, Ste. A
                                Harrisburg, PA 17111
                                717.909.5858
                                717.909.7788 [fax]
                                Attorney for Debtor

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : CASE NO.:  1:20-bk-02314-HWV |
| SHAWN I. MCCORD | : |
| | : |
| | : |
| SHAWN I. MCCORD | : |
| Movant, | : |
| | : |
| vs. | : |
| | : |
| JACK N ZAHAROPOULOS | : |
| STANDING CHAPTER 13 | : |
| TRUSTEE, PENNYMAC LOAN | : |
| SERVICES, LLC, JARED AND | : |
| JADE HAMMERS | : |
| Respondents. | : |

### ORDER

**UPON CONSIDERATION** of the Debtor's *Motion for Authority to Sell Real Estate Free and Clear of all Claims, Liens, and Encumbrances*, it is hereby **ORDERED AND DECREED** that the Motion is granted.  Debtor has this Court's authority to sell the real estate described in the Motion to Jared and Jade Hammers (hereinafter "Buyers") for Two Hundred Fifty Five Thousand Dollars and Zero Cents ($255,000.00) free and clear of all claims, liens, and encumbrances.  The sale contemplated by the Debtor is nd *In re:* Abbotts Dairies of Pennsylvania, Inc., 788 F.2d 142 (3rd Cir. 1986).  The proceeds of tto a good faith purchaser and for fair market value within the meaning of 11 U.S.C. §363(m) ahe sale shall be distributed as follows:

        a.     All Debtor's closing and settlement costs, if any.

        b.     Any and all valid and enforceable mortgage or lien claims against the Property to be paid at closing.  This shall include PennyMac Loan Services, LLC which shall be paid in full at closing.

        c.     Attorney's fees in the amount of $1,790.00 for representation and filing of this motion and the transaction overall including the filing fee.

4

        d.      The amount of Twenty-Three Thousand Three Hundred Eighty-Eight Dollars and Sixty Two Cents (23,388.62) representing the Debtor's exemption remaining pursuant to 11 U.S.C. 522(d)(1). The Debtors claimed state exemptions at the start of the case.

        e.      The balance of the proceeds received after payments made in a-d above paid to the Chapter 13 Trustee as an additional unexpected payment of Debtor's Chapter 13 Plan.

**IT IS FURTHER ORDERED** that the ten (10) day stay period as required under *Rule 4001(a)(3)* is hereby waived and that Movant, its successors in interest and/or its assigns, may act immediately upon this *Order*.

Label Matrix for local noticing
0314-1
Case 1:20-bk-02314-HWV
Middle District of Pennsylvania
Harrisburg
Thu May 12 11:30:36 EDT 2022

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Bank of America
4909 Savarese Circle
F11-908-01-50
Tampa, FL 33634-2413

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Best Egg
Attn: Bankruptcy
1523 Concord Pike, Ste 201
Wilmington, DE 19803-3656

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
AttnL: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Central Loan
Attn: Bankruptcy
Po Box 77404
Ewing, NJ 08628-6404

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citi/Sears
Citibank/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179-0034

Ctce Fcu
Po Box 13385
Reading, PA 19612-3385

Customers Bank
2750 E cottonwood Pkwy Suite 300
Cottonwood Heights, UT 84121-7285

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Goldman Sachs Bank, USA
by AIS InfoSource, LP as Agent
PO Box 4457
Houston, TX 77210-4457

Mario J. Hanyon
Brock & Scott, PLLC
302 Fellowship Road,
Ste 130
Mount Laurel, NJ 08054-1218

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

(p)DEERE CREDIT SERVICES INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

Chad J. Julius
Jacobson & Julius
8150 Derry Street, Suite A
Harrisburg, PA 17111-5212

LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LendingClub
Attn: Bankruptcy
595 Market St, Ste 200
San Francisco, CA 94105-2807

Andrew M. Lubin
McCabe, Weisberg & Conway LLC
216 Haddon Ave.
Suite 201
Westmont, NJ 08108-2818

Marcus by Goldman Sachs
Attn: Bankruptcy
Po Box 45400
Salt Lake City, UT 84145-0400

Shawn I. McCord
4990 Tracey School Road
York, PA 17406-9046

Members 1st Fcu
Attn: Bankruptcy
Po Box 40
Mechanicsburg, PA 17055-0040

Novasavngs
1535 Locust St
Philadelphia, PA 19102-3721

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731-3251

| | | |
|---|---|---|
| P S E C U<br>Attention: Bankruptcy<br>Po Box 67013<br>Harrisburg, PA 17106-7013 | PENNYMAC LOAN SERVICES, LLC<br>P.O. BOX 2410<br>MOORPARK CA 93020-2410 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| PennyMac Loan Services, LLC<br>Attn: Correspondence Unit<br>Po Box 514387<br>Los Angeles, CA 90051-4387 | Real Time Resolutions, Inc.<br>1349 Empire Central Dr.<br>Dallas, TX 75247-4029 | Santander Bank<br>Attn: Bankruptcy<br>10-64-38-Fd7   601 Penn St<br>Reading, PA 19601-3563 |
| SoFi Consumer Loan Program 2019-1<br>2750 E Cottonwood Pkwy Suite 300<br>Cottonwood Heights, UT 84121-7285 | Sofi Lending Corp<br>Attn: Bankruptcy<br>375 Healdsburg Avenue Suite 280<br>Healdsburg, CA 95448-4151 | Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Thomas Song<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 | Synchrony Bank/Care Credit<br>P.o. Box 965005<br>Orlando, FL 32896-5005 | The Home Depot/CBNA<br>Citibank Corp/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Upstart<br>Attn: Bankruptcy<br>Po Box 1503<br>San Carlos, CA 94070-7503 |
| Vist Bank<br>Po Box 741<br>Leesport, PA 19533-0741 | World's Foremost Bank<br>Attn: Bankruptcy<br>4800 Nw 1st St<br>Lincoln, NE 68521-4463 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | John Deer Financial<br>6400 NW 86th Street<br>PO Box 6600<br>Johnston, IA 50131-6600 | Toyota Financial Services<br>Attn: Bankruptcy<br>Po Box 8026<br>Cedar Rapids, IA 52409 |
| Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC        End of Label Matrix
                                     Mailable recipients   47
                                     Bypassed recipients    1
                                     Total                 48

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : CASE NO.: 1:20-bk-02314-HWV |
| SHAWN I. MCCORD | : |
| | |
| SHAWN I. MCCORD | : |
|     Movant, | : |
| vs. | : |
| JACK N ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE, PENNYMAC LOAN SERVICES, LLC, JARED AND JADE HAMMERS | : |
|     Respondents. | : |

## CERTIFICATE OF SERVICE

  I, Dera Shade, of Jacobson, Julius & Harshberger, hereby certify that on May 12, 2022, a true and correct copy of DEBTOR'S MOTION TO SELL, ORDER SETTING RESPONSE DATE AND HEARING DATE (Exhibit A), and NOTICE TO CREDITORS AND PARTIES IN INTEREST was served via electronic-notice and/or by first-class mail, postage prepaid on the following:

JACK N. ZAHAROPOULOS, ESQUIRE
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the U.S. Trustee
228 Walnut Street Suite 1190
Harrisburg, PA 17101

Jared and Jade Hammers
124 Crystal Drive
Wrightsville, Pa 17368-1429

All creditors on the Debtor's Mailing Matrix attached hereto as "Exhibit B"

Dated: May 12, 2022                           s/Dera Shade