IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
: CASE NO.: 1:20-bk-02314-HWV
SHAWN I. MCCORD :

---

SHAWN I. MCCORD :
     Movant, :

vs. :

JACK N ZAHAROPOULOS :
STANDING CHAPTER 13 :
TRUSTEE, PENNYMAC LOAN :
SERVICES, LLC, JARED AND :
JADE HAMMERS :
     Respondents. :

## ABBOTTS DAIRIES AFFIDAVIT

Debtor's counsel, Chad J. Julius, inquired with the realtor, Jennifer Mackie The Wade Krout Team, Coldwell Banker and was informed the following:

1. The subject property was listed on the Multi List on March 15, 2022.

2. The initial price was $255,000.00. There was a total of 6 showings, all at the original list price.

3. The list price was never adjusted.

4. There were three offers on the property. All required financing but the offer accepted was the highest and had the least in terms of contingencies.

5. The property went under contract on March 21, 2022.

6. There is no connection between the proposed buyer and the Debtor.

7. The price offered is appropriated based on the condition of the property to be sold by the Debtor.

Respectfully submitted,

JACOBSON, JULIUS & HARSHBERGER

Date: June 14, 2022        By: _____
Chad J. Julius
Jacobson, Julius & Harshberger
Supreme Court I.D. No.209496
8150 Derry Street, Ste. A
Harrisburg, PA 17111
717.909.5858
717.909.7788 [fax]
Attorney for Debtor