United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Shawn I. McCord  
    Debtor

Case No. 20-02314-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jun 13, 2022      Form ID: pdf010      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Shawn I. McCord, 4990 Tracey School Road, York, PA 17406-9046 |
| 5348590 | + | Ctce Fcu, Po Box 13385, Reading, PA 19612-3385 |
| 5364548 | + | Customers Bank, 2750 E cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 5348599 | + | Novasavngs, 1535 Locust St, Philadelphia, PA 19102-3721 |
| 5364539 | + | SoFi Consumer Loan Program 2019-1, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 5348620 | + | Vist Bank, Po Box 741, Leesport, PA 19533-0741 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2022 18:51:20 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5348580 | + | Email/PDF: bncnotices@becket-lee.com | Jun 13 2022 18:51:24 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5348581 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 13 2022 18:39:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 5359682 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 13 2022 18:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5348582 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jun 13 2022 18:51:20 | Best Egg, Attn: Bankruptcy, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 5348584 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2022 18:51:27 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5348583 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2022 18:51:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5348585 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 13 2022 18:51:24 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5348586 | + | Email/Text: clientservices@credit-control.com | Jun 13 2022 18:39:00 | Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628-6404 |
| 5348588 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2022 18:51:24 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5348589 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2022 18:51:20 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5348593 | | Email/Text: litbkcourtmail@johndeere.com | Jun 13 2022 18:39:00 | John Deer Financial, 6400 NW 86th Street, PO |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Box 6600, Johnston, IA 50131-6600 |
| 5350250 | | Email/Text: mrdiscen@discover.com | Jun 13 2022 18:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5348591 | + | Email/Text: mrdiscen@discover.com | Jun 13 2022 18:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5354447 | | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2022 18:51:24 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 5348587 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2022 18:51:23 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5355909 | + | Email/Text: RASEBN@raslg.com | Jun 13 2022 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5361629 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2022 18:51:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5348594 | + | Email/Text: Documentfiling@lciinc.com | Jun 13 2022 18:39:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 5348596 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 13 2022 18:39:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 5348597 | + | Email/Text: unger@members1st.org | Jun 13 2022 18:39:00 | Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 5348602 | + | Email/PDF: cbp@onemainfinancial.com | Jun 13 2022 18:51:24 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5348603 | + | Email/Text: bankruptcynotices@psecu.com | Jun 13 2022 18:39:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5363834 | + | Email/PDF: ebnotices@pnmac.com | Jun 13 2022 18:51:24 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 5348611 | + | Email/PDF: ebnotices@pnmac.com | Jun 13 2022 18:51:24 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5364933 | + | Email/Text: bkdepartment@rtresolutions.com | Jun 13 2022 18:39:00 | Real Time Resolutions, Inc., 1349 Empire Central Dr., Dallas, TX 75247-4029 |
| 5348612 | + | Email/Text: DeftBkr@santander.us | Jun 13 2022 18:39:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 5348613 | ^ | MEBN | Jun 13 2022 18:37:08 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 5348615 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 13 2022 18:51:20 | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |
| 5348617 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 13 2022 18:39:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 5348616 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2022 18:51:28 | The Home Depot/CBNA, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5348619 | + | Email/Text: LCI@upstart.com | Jun 13 2022 18:39:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 5348621 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2022 18:51:23 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5348592 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5348595 | *+ | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 5348598 | *+ | Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 5348600 | *+ | Novasavngs, 1535 Locust St, Philadelphia, PA 19102-3721 |
| 5348601 | *+ | Novasavngs, 1535 Locust St, Philadelphia, PA 19102-3721 |
| 5348604 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5348605 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5348606 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5348607 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5348608 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5348609 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5348610 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5348614 | *+ | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 5348618 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC ecfmail@mwc-law.com |
| Chad J. Julius | on behalf of Debtor 1 Shawn I. McCord cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLANIA

| IN RE: | : | Chapter | 13 |
| --- | --- | --- | --- |
| Shawn I. McCord, | : | | |
|     Debtor | : | | |
| | : | Case No. | 1:20-bk-02314-HWV |
| | : | | |
| | : | | |
| | : | | |

## ORDER

In the interest of judicial economy, it is hereby

ORDERED that the hearing on the Motion for Sale of Property Free and Clear of Liens at Docket 37 in the above-captioned case is *sua sponte* continued to June 28, 2022 at 9:30 a.m. in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom Number One, Third Floor, Ronald Reagan Federal Building and Courthouse, Third and Walnut Streets, Harrisburg, Pennsylvania 17101.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 13, 2022