United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-02314-HWV |
| Shawn I. McCord | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jun 14, 2022 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| | Jared and Jade Hammers, 124 Crystal Drive, Wrightsville, Pa 17368-1429 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022                    Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC ecfmail@mwc-law.com |
| Chad J. Julius | on behalf of Debtor 1 Shawn I. McCord cjulius@ljacobsonlaw.com<br>egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : CASE NO.: 1:20-bk-02314-HWV |
| SHAWN I. MCCORD | : |
| | : |
| | : |
| SHAWN I. MCCORD | : |
| Movant, | : |
| | : |
| vs. | : |
| | : |
| JACK N ZAHAROPOULOS | : |
| STANDING CHAPTER 13 | : |
| TRUSTEE, PENNYMAC LOAN | : |
| SERVICES, LLC, JARED AND | : |
| JADE HAMMERS | : |
| Respondents. | : |

## ORDER

**UPON CONSIDERATION** of the Debtor's *Motion for Authority to Sell Real Estate Free and Clear of all Claims, Liens, and Encumbrances*, it is hereby **ORDERED AND DECREED** that the Motion is granted. Debtor has this Court's authority to sell the real estate described in the Motion to Jared and Jade Hammers (hereinafter "Buyers") for Two Hundred Fifty Five Thousand Dollars and Zero Cents ($255,000.00) free and clear of all claims, liens, and encumbrances. The sale contemplated by the Debtor is nd *In re:* Abbotts Dairies of Pennsylvania, Inc., 788 F.2d 142 (3rd Cir. 1986). The proceeds of tto a good faith purchaser and for fair market value within the meaning of 11 U.S.C. §363(m) ahe sale shall be distributed as follows:

    a.    All Debtor's closing and settlement costs, if any.

    b.    Any and all valid and enforceable mortgage or lien claims against the Property to be paid at closing. This shall include PennyMac Loan Services, LLC which shall be paid in full at closing.

    c.    Attorney's fees in the amount of $1,790.00 for representation and filing of this motion and the transaction overall including the filing fee.

      d.      The amount of Twenty-Three Thousand Three Hundred Eighty-Eight Dollars and Sixty Two Cents (23,388.62) representing the Debtor's exemption remaining pursuant to 11 U.S.C. 522(d)(1). The Debtors claimed state exemptions at the start of the case.

      e.      The balance of the proceeds received after payments made in a-d above paid to the Chapter 13 Trustee as an additional unexpected payment of Debtor's Chapter 13 Plan.

**IT IS FURTHER ORDERED** that the ten (10) day stay period as required under *Rule 4001(a)(3)* is hereby waived and that Movant, its successors in interest and/or its assigns, may act immediately upon this *Order*.

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 14, 2022