Certificate Number: 15317-PAM-DE-039997318

Bankruptcy Case Number: 20-02314


15317-PAM-DE-039997318

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on August 19, 2025, at 2:01 o'clock PM PDT, Shawn I Mccord completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 19, 2025

By: /s/Carlo Gollayan

Name: Carlo Gollayan

Title: Counselor