United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Shawn I. McCord  
    Debtor

Case No. 20-02314-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Aug 21, 2025      Form ID: 3180W      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawn I. McCord, 4990 Tracey School Road, York, PA 17406-9046 |
| 5348590 | + | Ctce Fcu, Po Box 13385, Reading, PA 19612-3385 |
| 5364548 | + | Customers Bank, 2750 E cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 5348599 | + | Novasavngs, 1535 Locust St, Philadelphia, PA 19102-3721 |
| 5348620 | + | Vist Bank, Po Box 741, Leesport, PA 19533-0741 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 18:54:08 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5348580 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 18:54:31 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5348581 | + | EDI: BANKAMER | Aug 21 2025 22:48:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 5359682 | + | EDI: BANKAMER2 | Aug 21 2025 22:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5348582 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 21 2025 18:54:12 | Best Egg, Attn: Bankruptcy, 1523 Concord Pike, Ste 201, Wilmington, DE 19803-3656 |
| 5348586 | | Email/Text: correspondence@credit-control.com | Aug 21 2025 18:45:00 | Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628 |
| 5348584 | + | EDI: CAPITALONE.COM | Aug 21 2025 22:48:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5348583 | + | EDI: CAPITALONE.COM | Aug 21 2025 22:48:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5348585 | + | EDI: CAPONEAUTO.COM | Aug 21 2025 22:48:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5348587 | + | EDI: JPMORGANCHASE | Aug 21 2025 22:48:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 5348588 | + | EDI: CITICORP | Aug 21 2025 22:48:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5348589 | + | EDI: CITICORP | Aug 21 2025 22:48:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5348593 | | Email/Text: litbkcourtmail@johndeere.com | Aug 21 2025 18:45:00 | John Deer Financial, 6400 NW 86th Street, PO Box 6600, Johnston, IA 50131-6600 |
| 5350250 | | EDI: DISCOVER | Aug 21 2025 22:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| 5348591 | + | EDI: DISCOVER | Aug 21 2025 22:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5354447 | | EDI: AIS.COM | Aug 21 2025 22:48:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 5355909 | + | Email/Text: RASEBN@raslg.com | Aug 21 2025 18:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5361629 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 18:53:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5348594 | + | EDI: LENDNGCLUB | Aug 21 2025 22:48:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 5348596 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 21 2025 18:45:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 5348597 | + | Email/Text: unger@members1st.org | Aug 21 2025 18:45:00 | Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 5348602 | + | EDI: AGFINANCE.COM | Aug 21 2025 22:48:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5348603 | + | EDI: G2RSPSECU | Aug 21 2025 22:48:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5363834 | + | Email/PDF: ebnotices@pnmac.com | Aug 21 2025 18:53:29 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 5348611 | + | Email/PDF: ebnotices@pnmac.com | Aug 21 2025 18:54:43 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5364933 | + | Email/Text: bkdepartment@rtresolutions.com | Aug 21 2025 18:45:00 | Real Time Resolutions, Inc., 1349 Empire Central Dr., Dallas, TX 75247-4029 |
| 5348612 | + | Email/Text: DeftBkr@santander.us | Aug 21 2025 18:45:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 5364539 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 21 2025 19:04:55 | SoFi Consumer Loan Program 2019-1, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 5348613 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 21 2025 18:54:33 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 5348615 | + | EDI: SYNC | Aug 21 2025 22:48:00 | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |
| 5348616 | + | EDI: CITICORP | Aug 21 2025 22:48:00 | The Home Depot/CBNA, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5348617 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 21 2025 18:45:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 5348619 | + | EDI: LCIUPSTART | Aug 21 2025 22:48:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 5724408 | + | EDI: AIS.COM | Aug 21 2025 22:48:00 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5724409 | + | EDI: AIS.COM | Aug 21 2025 22:48:00 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118, Velocity Investments, LLC by AIS InfoSou, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5348621 | + | EDI: CAPITALONE.COM | Aug 21 2025 22:48:00 | World's Foremost Bank, Attn: Bankruptcy, 4800 |

Nw 1st St, Lincoln, NE 68521-4463

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5348592 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5348595 | *+ | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 5348598 | *+ | Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 5348600 | *+ | Novasavngs, 1535 Locust St, Philadelphia, PA 19102-3721 |
| 5348601 | *+ | Novasavngs, 1535 Locust St, Philadelphia, PA 19102-3721 |
| 5348604 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5348605 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5348606 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5348607 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5348608 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5348609 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5348610 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5348614 | *+ | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 5348618 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 23, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC nj-ecfmail@mwc-law.com |
| Chad J. Julius | on behalf of Debtor 1 Shawn I. McCord cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mario J. Hanyon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES LLC tomysong0@gmail.com |

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Shawn I. McCord<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3572<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20-bk-02314-HWV | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shawn I. McCord

8/21/25

**By the court:**   /s/ Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2